1  THORNTON, TAYLOR, BECKER & SHINN
   Phillip F. Shinn (CA SBN: 112051)
2  731 Sansome Street, Suite 300
3  San Francisco, CA 94111-1723
   415.421.8890 // FAX: 415.421.0688
4  pshinn@thornton-taylor.com

5  Attorneys For: Defendants
   NIEHAUS RYAN WONG, INC., a California
6  Corporation; EDWIN NIEHAUS, an individual;
7  WILLIAM RYAN, an individual; CARRIE
   WONG, an individual; VINCENT SULLIVAN,
8  an individual; and DOES 1-50, inclusive

9  Of Counsel:
   GARDERE WYNNE SEWELL LLP
10 Alexander C. Chae (TX SBN: 04056090)
11 *pro hac vice application pending*
   Amy Catherine Dinn  (TX SBN: 24026801)
12 *pro hac vice application pending*
   1000 Louisiana, Suite 3400
13 Houston, Texas 77002-5007
14 713.276.5500 // FAX: 713.276.5555

15
                UNITED STATES DISTRICT COURT
16
                NORTHERN DISTRICT OF CALIFORNIA
17
                     SAN FRANCISCO DIVISION
18

| | |
|---|---|
| CEDAR BRIDGE, INC., a Texas corporation and OLIVE GROVE PARTNERS II, LTD., a Texas limited partnership, | Case No. C 06 3929 MMC |
| Plaintiffs, | [Proposed] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| vs. | |
| NIEHAUS RYAN WONG, INC., a California corporation; EDWIN NIEHAUS, an individual; WILLIAM RYAN, an individual; CARRIE WONG, an individual; VINCENT SULLIVAN, an individual; and DOES 1-50, inclusive, | |
| Defendants. | Removal Filed: June 23, 2006 |

27       Alexander C. Chae, an active member in good standing of the bar of Texas, whose

28 business address and telephone number is GARDERE WYNNE SEWELL LLP, 1000

**Case No. C 06 3929 MMC**     [Proposed] Order Granting Application for Admission Pro Hac Vice

1

1  Louisiana, Suite 3400. Houston TX, 77002-5007, (713) 276-5500, having applied in the above-
2  entitled action for admission to practice in the Northern District of California on a pro hac vice
3  basis, representing NIEHAUS RYAN WONG, INC., EDWIN NIEHAUS, WILLIAM RYAN,
4  CARRIE WONG, and VINCENT SULLIVAN,

6      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance pro
8  hac vice. Service of papers upon and communication with co-counsel designed in the
9  application will constitute notice to the party. All future filings in this action are subject to the
10  requirements contained in General Order No. 45, Electronic Case Filing.

12  Dated: August ~~2~~ 4, 2006

                                                                     _____
14                                                                        United States District Judge

Thornton, Taylor, Becker & Shinn
731 Sansome Street, Suite 300
San Francisco, CA 94111-1723
(415) 421-8890 - Facsimile (415) 421-0688

**Case No. C 06 3929 MMC**    [Proposed] Order Granting Application for Admission Pro Hac Vice
2