| | |
|---|---|
| 1 | THORNTON, TAYLOR, BECKER & SHINN |
| | Phillip F. Shinn (CA SBN: 112051) |
| 2 | 731 Sansome Street, Suite 300 |
| 3 | San Francisco, CA 94111-1723 |
| | 415.421.8890 // FAX: 415.421.0688 |
| 4 | pshinn@thornton-taylor.com |
| 5 | Attorneys For: Defendants |
| 6 | NIEHAUS RYAN WONG, INC., a California |
| | Corporation; EDWIN NIEHAUS, an individual; |
| 7 | WILLIAM RYAN, an individual; CARRIE |
| | WONG, an individual; VINCENT SULLIVAN, |
| 8 | an individual; and DOES 1-50, inclusive |
| 9 | Of Counsel: |
| 10 | GARDERE WYNNE SEWELL LLP |
| | Alexander C. Chae (TX SBN: 04056090) |
| 11 | *pro hac vice application pending* |
| | Amy Catherine Dinn  (TX SBN: 24026801) |
| 12 | *pro hac vice application pending* |
| 13 | 1000 Louisiana, Suite 3400 |
| | Houston, Texas 77002-5007 |
| 14 | 713.276.5500 // FAX: 713.276.5555 |

*Thornton, Taylor, Becker & Shinn*
*731 Sansome Street, Suite 300*
*San Francisco, CA 94111-1723*
*(415) 421-8890 - Facsimile (415) 421-0688*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CEDAR BRIDGE, INC., a Texas corporation ) | **Case No. C 06 3929 MMC** |
| and OLIVE GROVE PARTNERS II, LTD., a ) | |
| Texas limited partnership, ) | |
| ) | ~~[Proposed]~~ **ORDER GRANTING** |
| Plaintiffs, ) | **APPLICATION FOR ADMISSION** |
| vs. ) | **OF ATTORNEY *PRO HAC VICE*** |
| ) | |
| NIEHAUS RYAN WONG, INC., a California ) | |
| corporation; EDWIN NIEHAUS, an individual; ) | |
| WILLIAM RYAN, an individual; CARRIE ) | |
| WONG, an individual; VINCENT SULLIVAN, ) | |
| an individual; and DOES 1-50, inclusive, ) | |
| ) | |
| Defendants.  ) | **Removal Filed: June 23, 2006** |

    Amy Catherine Dinn, an active member in good standing of the bar of Texas, whose business address and telephone number is GARDERE WYNNE SEWELL LLP, 1000

**Case No. C 06 3929 MMC**     [Proposed] Order Granting Application for Admission Pro Hac Vice

1

1  Louisiana, Suite 3400. Houston TX, 77002-5007, (713) 276-5500, having applied in the above-
2  entitled action for admission to practice in the Northern District of California on a pro hac vice
3  basis, representing NIEHAUS RYAN WONG, INC., EDWIN NIEHAUS, WILLIAM RYAN,
4  CARRIE WONG, and VINCENT SULLIVAN,

6      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance pro
8  hac vice. Service of papers upon and communication with co-counsel designed in the
9  application will constitute notice to the party. All future filings in this action are subject to the
10 requirements contained in General Order No. 45, Electronic Case Filing.

12 Dated: August ~~2~~ 4, 2006

_____
United States District Judge

Thornton, Taylor, Becker & Shinn
731 Sansome Street, Suite 300
San Francisco, CA 94111-1723
(415) 421-8890 - Facsimile (415) 421-0688

**Case No. C 06 3929 MMC**   [Proposed] Order Granting Application for Admission Pro Hac Vice
2