FREDERICK S. FIELDS (State Bar No. 036354)
GREGG M. FICKS (State Bar No. 148093)
RACHEL G. COHEN (State Bar No. 218929)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
E-mail: gficks@coblentzlaw.com

Attorneys for Plaintiffs
CEDAR BRIDGE, INC. and OLIVE GROVE
PARTNERS II LTD.

ALEXANDER C. CHAE (*admitted pro hac vice*)
AMY CATHERINE DINN (*admitted pro hac vice*)
GARDERE WYNNE SEWELL LLP
10000 Louisiana, Suite 3400
Houston, Texas 77002-5007
Telephone: (713) 276-5500
Facsimile: (713) 276-5555

Attorneys for Defendants
NIEHAUS RYAN WONG, INC., EDWIN NIEHAUS,
WILLIAM RYAN, CARRIE WONG, and VINCENT
SULLIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CEDAR BRIDGE, INC., a Texas corporation and OLIVE GROVE PARTNERS II, LTD., a Texas limited partnership,<br><br>      Plaintiffs,<br><br>vs.<br><br>NIEHAUS RYAN WONG, INC., a California corporation; EDWIN NIEHAUS, an individual; WILLIAM RYAN, an individual; CARRIE WONG, an individual; VINCENT SULLIVAN, an individual; and DOES 1-50, inclusive,<br><br>      Defendants. | Case No. C-06-3929 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

12482.001.466656v2

1

Case No. C-06-3929 MMC

## STIPULATION

Plaintiffs Cedar Bridge, Inc. and Olive Grove Partners II, Ltd. (collectively, "Plaintiffs"), and Defendants Niehaus Ryan Wong, Inc., Edwin Niehaus, William Ryan, Carrie Wong, and Vincent Sullivan (collectively, "Defendants") hereby STIPULATE AS FOLLOWS:

1. By Order Setting Initial Case Management Conference and ADR Deadlines entered January 23, 2006, the Court set an initial Case Management Conference in this case for September 22, 2006 at 10:30 a.m.

2. On September 6, 2006, the Clerk of the Court issued a Notice continuing the Initial Case Management Conference due to the unavailability of the Court until September 27, 2006 at 10:00 a.m. The Notice further advised the parties to file a Joint Case Management Order no later than September 20, 2006.

3. Counsel for Plaintiffs will be out of the state on September 27, 2006, and will not be available for an Initial Case Management Conference on that date.

4. Based on the parties' availability, and the Court's availability as understood by Plaintiffs' counsel from the Courtroom Deputy, the next date available for the parties and the Court for an Initial Case Management Conference in this case is October 20, 2006 at 10:00 a.m.

5. WHEREFORE, the parties stipulate that the Initial Case Management Conference in this case shall be continued from September 27, 2006 at 10:00 a.m. until October 20, 2006 at 10:00 a.m., and that they shall file a Joint Case Management Conference Statement no later than October 13, 2006.

IT IS SO STIPULATED.

Dated: September  , 2006

COBLENTZ, PATCH, DUFFY & BASS, LLP

_____
Gregg M. Ficks
Attorneys for Plaintiffs
CEDAR BRIDGE, INC. and
OLIVE GROVE PARTNERS II, LTD.

COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200, San Francisco, CA 94111-4213
(415) 391-4800 • fax (415) 989-1663

12482.001.466656v2

2

Case No. C-06-3929 MMC

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1  Dated: September 18, 2006         **GARDERE WYNNE SEWELL LLP**

         *[signature]*

         ALEXANDER C. CHAE
         Attorneys for Defendants
         NIEHAUS RYAN WONG, INC.,
         EDWIN NIEHAUS, WILLIAM RYAN,
         CARRIE WONG, and VINCENT SULLIVAN

## ORDER

Based on the foregoing Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the Initial Case Management Conference in this case shall be continued from September 27, 2006 at 10:00 a.m. until October 20, 2006 at ~~10:00~~ 10:30 a.m. at 450 Golden Gate Avenue, San Francisco, California 7, 19th Floor. The parties shall file a Joint Case Management Conference Statement no later than October 13, 2006.

Dated: September 18, 2006

*[signature]*
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

---

COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200, San Francisco, CA 94111-4213
(415) 391-4800 • fax (415) 989-1663

12482.001.466656v2

3                                      Case No. C-06-3929 MMC

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE