FREDERICK S. FIELDS (State Bar No. 036354)
GREGG M. FICKS (State Bar No. 148093)
RACHEL G. COHEN (State Bar No. 218929)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: (415) 391-4800
Facsimile:  (415) 989-1663
E-mail:  gficks@coblentzlaw.com

Attorneys for Plaintiffs
CEDAR BRIDGE, INC. and OLIVE GROVE
PARTNERS II LTD.

ALEXANDER C. CHAE (*admitted pro hac vice*)
AMY CATHERINE DINN (*admitted pro hac vice*)
GARDERE WYNNE SEWELL LLP
10000 Louisiana, Suite 3400
Houston, Texas 77002-5007
Telephone:  (713) 276-5500
Facsimile:  (713) 276-5555

PHILLIP F. SHINN (State Bar No. 112051)
THORNTON, TAYLOR, BECKER & SHINN
731 Sansome Street, Suite 300
San Francisco, CA  94111-1723
Telephone:  (415) 421-8890
Facsimile:  (415) 421-0688

Attorneys for Defendants
NIEHAUS RYAN WONG, INC., EDWIN
NIEHAUS, WILLIAM RYAN, CARRIE WONG,
and VINCENT SULLIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CEDAR BRIDGE, INC., a Texas corporation and OLIVE GROVE PARTNERS II, LTD., a Texas limited partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>NIEHAUS RYAN WONG, INC., a California corporation; EDWIN NIEHAUS, an individual; WILLIAM RYAN, an individual; CARRIE WONG, an individual; | Case No. C-06-3929 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE MEDIATION** |

12482.001.592122v3

VINCENT SULLIVAN, an individual; and DOES 1-50, inclusive,

Defendants.

## STIPULATION

Plaintiffs Cedar Bridge, Inc. and Olive Grove Partners II, Ltd. (collectively, "Plaintiffs"), and Defendants Niehaus Ryan Wong, Inc. ("NRW"), Edwin Niehaus, William Ryan, Carrie Wong, and Vincent Sullivan (collectively, "Defendants"), hereby STIPULATE AS FOLLOWS:

1. On October 20, 2006, the Court held an Initial Case Management Conference in this case.

2. On October 23, 2006, the Court entered a Pretrial Preparation Order. In that order, the Court set an April 27, 2007 deadline for the parties to complete mediation (the "Mediation Deadline"). The Court also set a February 4, 2008 trial date.

3. The parties desire to extend the Mediation Deadline for approximately sixty (60) days so procedures can be made, by motion or otherwise, for production of data responsive to Plaintiffs' previous document demands from NRW's disabled computer server, and to enable the production of other previously-requested documents from Defendants, prior to the mediation. Defendants do not believe or are admitting that any further procedures whether made by motion or otherwise are necessary. Defendants assert they have produced all responsive documents and do not believe that there is any data responsive on a disabled computer server that has not been operated since the closure of NRW in 2002. However, Defendants understand Plaintiffs' basis for the request for extension of the deadline and do join in the request for extension of time to schedule the mediation. The parties are not requesting any other changes to the deadlines set in the Pretrial Preparation Order in conjunction with this request to continue the Mediation Deadline.

//
//
//
//

12482.001.592122v3

1  4. WHEREFORE, the parties stipulate that the Mediation Deadline shall be continued
2  from April 27, 2007 to June 27, 2006, and request that the Court enter an order approving this
3  Stipulation.
4      IT IS SO STIPULATED.
5  Dated: April 13, 2007            **COBLENTZ, PATCH, DUFFY & BASS, LLP**

7  _____
   Gregg M. Ficks
8  Attorneys for Plaintiffs
   CEDAR BRIDGE, INC. and
9  OLIVE GROVE PARTNERS II, LTD.

10 Dated: April 13, 2007            **GARDERE WYNNE SEWELL LLP**

12 _____
13 ALEXANDER C. CHAE
   Attorneys for Defendants
14 NIEHAUS RYAN WONG, INC.,
   EDWIN NIEHAUS, WILLIAM RYAN,
15 CARRIE WONG, and VINCENT SULLIVAN

16 **ORDER**

17     Based on the foregoing Stipulation, and good cause appearing,
18     IT IS HEREBY ORDERED that the deadline for the parties to complete mediation in this
19 case is continued from April 27, 2007 to June 27, 2007.
20     IT IS SO ORDERED.
21 Dated: April 16, 2007

   _____
22 HON. MAXINE M. CHESNEY
   UNITED STATES DISTRICT JUDGE

_Coblentz, Patch, Duffy & Bass LLP_
_One Ferry Building, Suite 200, San Francisco, CA 94111-4213_
_(415) 391-4800 • fax (415) 989-1663_

12482.001.592122v3

3

Case No. C-06-3929 MMC

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE MEDIATION