FREDERICK S. FIELDS (State Bar No. 036354)
GREGG M. FICKS (State Bar No. 148093)
RACHEL G. COHEN (State Bar No. 218929)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: (415) 391-4800
Facsimile:  (415) 989-1663
E-mail:  gficks@coblentzlaw.com

Attorneys for Plaintiffs
CEDAR BRIDGE, INC. and OLIVE GROVE
PARTNERS II LTD.

ALEXANDER C. CHAE (*admitted pro hac vice*)
AMY CATHERINE DINN (*admitted pro hac vice*)
GARDERE WYNNE SEWELL LLP
10000 Louisiana, Suite 3400
Houston, Texas 77002-5007
Telephone:  (713) 276-5500
Facsimile:  (713) 276-5555

PHILLIP F. SHINN (State Bar No. 112051)
THORNTON, TAYLOR, BECKER & SHINN
731 Sansome Street, Suite 300
San Francisco, CA  94111-1723
Telephone: (415) 421-8890
Facsimile:  (415) 421-0688

Attorneys for Defendants
NIEHAUS RYAN WONG, INC., EDWIN
NIEHAUS, WILLIAM RYAN, CARRIE WONG,
and VINCENT SULLIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CEDAR BRIDGE, INC., a Texas corporation and OLIVE GROVE PARTNERS II, LTD., a Texas limited partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>NIEHAUS RYAN WONG, INC., a California corporation; EDWIN NIEHAUS, an individual; WILLIAM RYAN, an individual; CARRIE WONG, an individual; | Case No. C-06-3929 MMC<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE MEDIATION** |

12482.001.615777v1

Case No. C-06-3929 MMC.

**SECOND STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE MEDIATION**

VINCENT SULLIVAN, an individual; and
DOES 1-50, inclusive,

    Defendants.

## STIPULATION

Plaintiffs Cedar Bridge, Inc. and Olive Grove Partners II, Ltd. (collectively, "Plaintiffs"), and Defendants Niehaus Ryan Wong, Inc. ("NRW"), Edwin Niehaus, William Ryan, Carrie Wong, and Vincent Sullivan (collectively, "Defendants"), hereby STIPULATE AS FOLLOWS:

1. On October 20, 2006, the Court held an Initial Case Management Conference in this case.

2. On October 23, 2006, the Court entered a Pretrial Preparation Order. In that order, the Court set April 27, 2007 as the deadline for the parties to complete mediation. The Court also set a February 4, 2008 trial date.

3. On April 13, 2007, the parties submitted a Stipulation (the "First Stipulation") to extend the deadline to complete mediation by approximately sixty (60) days so procedures could be made, by motion or otherwise, for production of data responsive to Plaintiffs' previous document demands from NRW's disabled computer server, and to enable the production of other previously-requested documents from Defendants, prior to the mediation. In that Stipulation, Defendants stated that they did not believe and were not admitting that any further procedures whether made by motion or otherwise were necessary. Defendants asserted they have produced all responsive documents and did not believe that there was any data responsive on a disabled computer server that has not been operated since the closure of NRW in 2002. However, Defendants stated they understood Plaintiffs' basis for the request for extension of the deadline, and joined in the request.

4. On April 16, 2007, the Court entered an order approving the First Stipulation, and setting June 27, 2007 as the deadline for the parties to complete mediation.

5. After several scheduling communications between the parties and William Alderman, Esq., the Court-assigned mediator in this case, the parties, their counsel, and Mr. Alderman have all

12482.001.615777v1

Case No. C-06-3929 MMC.

SECOND STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE MEDIATION

1  confirmed their availability for mediation on August 9, 2007. Accordingly, the parties request that
2  the Court enter an order extending the deadline to complete mediation until August 9, 2007.

3      6.    The parties are not requesting any other changes to the deadlines set in the Pretrial
4  Preparation Order in conjunction with this request to continue the mediation deadline.

5      7.    WHEREFORE, the parties stipulate that the last day to complete mediation in this
6  case shall be continued from June 27, 2006 to August 9, 2007, and request that the Court enter an
7  order approving this Stipulation.

8      IT IS SO STIPULATED.

9  Dated: May 21, 2007    COBLENTZ, PATCH, DUFFY & BASS, LLP

11  _____
12  Gregg M. Ficks
    Attorneys for Plaintiffs
    CEDAR BRIDGE, INC. and
13  OLIVE GROVE PARTNERS II, LTD.

14  Dated: May 19, 2007    GARDERE WYNNE SEWELL LLP

16  _____
    ALEXANDER C. CHAE
17  Attorneys for Defendants
    NIEHAUS RYAN WONG, INC.,
18  EDWIN NIEHAUS, WILLIAM RYAN,
    CARRIE WONG, and VINCENT SULLIVAN

20  **ORDER**

21  Based on the foregoing Stipulation, and good cause appearing,
22  IT IS HEREBY ORDERED that the deadline for the parties to complete mediation in this
23  case is continued from June 27, 2007 to August 9, 2007.

24  IT IS SO ORDERED.

25  DATED: May 21, 2007    _____
    HON. MAXINE M. CHESNEY
26  UNITED STATES DISTRICT JUDGE

12482.001.615777v1    Case No.

**SECOND STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE MEDIATION**

COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200, San Francisco, CA 94111-4213
(415) 391-4800 • fax (415) 989-1663