FREDERICK S. FIELDS (State Bar No. 36354)
GREGG M. FICKS (State Bar No. 148093)
RACHEL G. COHEN (State Bar No. 218929)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:  ef-ffields@cpdb.com,
        ef-gmf@cpdb.com,
        ef-rgc@cpdb.com

Attorneys for Plaintiffs
CEDAR BRIDGE, INC. and OLIVE GROVE
PARTNERS II, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CEDAR BRIDGE, INC., a Texas corporation and OLIVE GROVE PARTNERS II, LTD., a Texas limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>NIEHAUS RYAN WONG, INC., a California corporation; EDWIN NIEHAUS, an individual; WILLIAM RYAN, an individual; CARRIE WONG, an individual; VINCENT SULLIVAN, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C 06 03929 MMC<br><br>[~~PROPOSED~~] ORDER RE PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>[CIV. LOCAL RULES 6-3, 7-11; FED. R. CIV. PROC. 56(f)]<br><br>Courtroom: 7<br>Judge: Hon. Maxine M. Chesney<br><br>Complaint Filed: May 5, 2006<br>Trial Date: February 4, 2008 |

Plaintiffs CEDAR BRIDGE, INC. and OLIVE GROVE PARTNERS II, LTD.

("Plaintiffs") filed a Motion for Administrative Relief To Continue Hearing on Defendants'

Motion for Partial Summary Judgment ("Motion") on July 6, 2007. No opposition has been filed. Based upon this Motion and

all papers submitted in support, and good cause appearing therefore, Plaintiffs' Motion for

Administrative Relief To Continue Hearing on Defendants' Motion for Partial Summary Judgment

is GRANTED.

IT IS HEREBY ORDERED THAT:

1. The hearing on Defendants' motion for partial summary judgment is continued until December 7, 2007.

2. Plaintiffs' opposition papers to Defendants' motion for partial summary judgment must be filed and served by November 16, 2007.

3. Defendants' reply papers to Defendants' motion for partial summary judgment must be filed and served by November 23, 2007.

DATED: July 12, 2007

_____
THE HONORABLE MAXINE M. CHESNEY

12482.001.648704v1     2     Case No. C 06 03929 MMC

[PROPOSED] ORDER RE PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT