FREDERICK S. FIELDS (36354)
GREGG M. FICKS (148093)
RACHEL G. COHEN (218929)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-ffields@cpdb.com,
         ef-gmf@cpdb.com,
         ef-rgc@cpdb.com

Attorneys for Plaintiffs
CEDAR BRIDGE, INC. and OLIVE GROVE
PARTNERS II, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CEDAR BRIDGE, INC., a Texas corporation and OLIVE GROVE PARTNERS II, LTD., a Texas limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>NIEHAUS RYAN WONG, INC., a California corporation; EDWIN NIEHAUS, an individual; WILLIAM RYAN, an individual; CARRIE WONG, an individual; VINCENT SULLIVAN, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C 06 03929 MMC<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

The Court, having considered the Stipulated Motion for Dismissal with Prejudice (the "Motion") filed by Plaintiff Cedar Bridge, Inc. ("Cedar Bridge"), Plaintiff Olive Grove Partners II, Ltd. ("Olive Grove"), and Defendants Niehaus Ryan Wong, Inc., Edwin Niehaus, William Ryan, Vincent Sullivan and Carrie Wong (collectively, "NRW Defendants"), and the Court finding that notice of the Motion has been proper, and good cause appearing, hereby ORDERS as follows.

    1.    The Motion is GRANTED.

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 • FAX 415.989.1663

2. The above-captioned action is hereby DISMISSED with prejudice.

3. All parties shall bear their own fees and costs.

IT IS SO ORDERED.

Executed this __3rd__ day of October, 2007.

_____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND CONTENT:

COBLENTZ, PATCH, DUFFY & BASS LLP

*/s/ Gregg M. Ficks*
_____
By Gregg M. Ficks
   Attorneys for Plaintiffs
   CEDAR BRIDGE, INC. and OLIVE
   GROVE PARTNERS II, LTD.

GARDERE WYNNE SEWELL, LLP

_____
By Alexander C. Chae
   Amy Catherine Dinn
   Attorneys for Defendants
   NIEHAUS RYAN WONG, INC., EDWIN
   NIEHAUS, WILLIAM RYAN, VINCENT
   SULLIVAN, and CARRIE WONG